**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Fernando Manuel PECH–SALAZAR,**
**aka Fernando Salazar; Fernando Sa-**
**lazar Pech; Fernando Salazar Sala-**
**zar; Fernando Manuel Salazar, De-**
**fendant—Appellant.**

No. 02–50448.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2003.*

Decided Oct. 20, 2003.

Ronald L. Cheng, Esq., Andrew Cowan, Esq., USLA—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Angel K. Leung, FPDCA—Federal Public Defender's Office (Los Angeles), Los Angeles, CA, for Defendant–Appellant.

Before: WARDLAW, BERZON and CLIFTON, Circuit Judges.

MEMORANDUM **

Fernando Manuel Pech–Salazar appeals his guilty-plea conviction and 70–month sentence for being an illegal alien found in the United States after having been deported subsequent to an aggravated felony conviction, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Pech–Salazar's counsel has filed a brief stating that she finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

